**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

IN RE:
LaRocca, Frank J. & LaRocca, Beverly R.                    ) Chapter 7
                                                           ) Bankruptcy Case No:
                                                           )
                                                           )
Debtor(s)                                                  )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.   [To be completed in all cases]

   I (We), <u>LaRocca, Frank J.</u> and <u>LaRocca, Beverly R.</u> the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B.   [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

   ☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.


LaRocca, Frank J.                                          LaRocca, Beverly R.
Printed or Typed Name of Debtor or Representative          Printed or Typed Name of Joint Debtor


/s/ Frank J. LaRocca                                       /s/ Beverly R. LaRocca
Signature of Debtor or Representative                      Signature of Joint Debtor

April 28, 2012                                             April 28, 2012
Date                                                       Date

**United States Bankruptcy Court**
**Northern District of Illinois**

In re: **LaRocca, Frank J. & LaRocca, Beverly R.**                              , )
[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]   )
)
)
)                      Case No. _____
)
)
)                      Chapter **7** _____
Debtor )

Address: **1234 Valley Lake Drive Apt. #302** )
**Schaumburg, IL 60195** )
)
Employer's Tax Identification (EIN) No(s). [if any]: _____ )
)
Last four digits of Social-Security or Individual Tax- )
Payer-Identification (ITIN) No(s).,(if any): **9845 7868** )

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (enter Last, First, Middle): **LaRocca, Frank J.**
*(Check the appropriate box and, if applicable, provide the required information.)*

   ☑ Debtor has a Social Security Number and it is: **3 5 9 - 3 0 - 9 8 4 5**
   *(If more than one, state all.)*

   ☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: ___ - ___ - ___
   *(If more than one, state all.)*

   ☐ Debtor does not have a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (enter Last, First, Middle): **LaRocca, Beverly R.**
*(Check the appropriate box and, if applicable, provide the required information.)*

   ☑ Joint Debtor has a Social Security Number and it is: **3 5 7 - 4 4 - 7 8 6 8**
   *(If more than one, state all.)*

   ☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: ___ - ___ - ___
   *(If more than one, state all.)*

   ☐ Joint Debtor does not have a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _____     **April 28, 2012**
   Signature of Debtor                               Date

X _____     **April 28, 2012**
   Signature of Joint Debtor                         Date

* *Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

Certificate Number: 13791-ILN-CC-017585014



13791-ILN-CC-017585014

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 10, 2012</u>, at <u>2:30</u> o'clock <u>PM EST</u>, <u>Beverly Larocca</u> received from <u>DebtorWise Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt prepayment plan was prepared, a copy of the debt prepayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>March 10, 2012</u>          By:     <u>/s/Tara Hardaway</u>

                                      Name:   <u>Tara Hardaway</u>

                                      Title:  <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* U.S.C. §§ 109(h) and 521(b).

Certificate Number: 13791-ILN-CC-017585013



13791-ILN-CC-017585013

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 10, 2012</u>, at <u>2:30</u> o'clock <u>PM EST</u>, <u>Frank J Larocca</u> received from <u>DebtorWise Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt prepayment plan was prepared, a copy of the debt prepayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>March 10, 2012</u>          By:    <u>/s/Tara Hardaway</u>

                                    Name:  <u>Tara Hardaway</u>

                                    Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* U.S.C. §§ 109(h) and 521(b).